UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALFEY RAMDHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STONEHILL, LLC,<br><br>　　　　Defendant. | Case No. 2:25-cv-01646-EJY<br><br>**ORDER** |

On October 23, 2025, the Court issued an Order screening Plaintiff's Complaint. ECF No. 5. The Order dismissed Plaintiff's Americans with Disabilities Act claim with prejudice, but granted Plaintiff leave to amend his Fair Housing Act claim. *Id*. at 5. The Amended Complaint was due November 21, 2025. No Amended Complaint was filed. Thus, there are no claims before the Court on which Plaintiff may proceed. The Court finds it appropriate to dismiss this case. However, the Court will do so without prejudice so that should Plaintiff wish to timely plead a Fair Housing Act ("FHA") claim, he may do so. A two year statute of limitations applies to the FHA.

Accordingly, IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must close this case.

Dated this 24th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE